**FILED**

FEB - 6 2006

CO 386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Hartford Casualty Insurance )
Company, an Indiana Corporation )
                                )
                 vs        Plaintiff )
Council for Responsible Nutrition, a District of Columbia )
Corporation, )
and )
Annette Dikinson, Ph.D., a Resident of Mount Airy, MD )
                              Defendant )

Civil Acti

CASE NUMBER  1:06CV00209

JUDGE: Reggie B. Walton

DECK TYPE: Contract

DATE STAMP: 02/6/2006

---

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Hartford Casualty Insurance Company  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Hartford Casualty Insurance Company  which have any outstanding securities in the hands of the public:

Hartford Casualty Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, a publicly held corporation.  The Hartford Financial Services Group has no parent corporation, and no publicly held company owns 10% or more of The Hartford Financial Group's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

371934
BAR IDENTIFICATION NO.

Thomas S. Schaufelberger
Print Name

5335 Wisconsin Avenue, NW, Suite 920
Address

Washington, DC  20016
City           State           Zip Code

202-244-4668
Phone Number

2