## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HARTFORD CASUALTY INSURANCE
COMPANY,

      Plaintiff,

v.

COUNCIL FOR RESPONSIBLE NUTRITION,

      and

ANNETTE DICKINSON, Ph.D.,

      Defendants.

Case No.: 1:06CV00209

Judge: Reggie B. Walton

Deck Type: Contract

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, no Answer having

been filed herein, Plaintiff Hartford Casualty Insurance Company hereby dismisses, without

prejudice, this action against the defendants.

Thomas S. Schaufelberger, Esq.
District of Columbia Bar No. 371934
Paul A. Fitzsimmons, Esq.
District of Columbia Bar No. 444829
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, NW
Suite 920
Washington, DC 20015-2054
Telephone: 202-244-4668
Facsimile: 202-244-5135
*Counsel for Plaintiff Hartford Casualty Insurance
Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of April, 2006, a true and correct copy of the foregoing Notice of Dismissal Without Prejudice was served via first-class United States mail, postage prepaid, upon:

John Buchanan, Esq.
Deanna M. Wilcox, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
*Counsel for Council for Responsible Nutrition and Annette Dickinson, Ph.D.*

_____
Thomas S. Schaufelberger

{D0059702.1}